

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2021

No. 04-21-00159-CV

**IN THE INTEREST OF D.D.V., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00206
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record in this case was originally due April 29, 2021, but was not filed. On April 30, 2021, this court notified court reporter Geneva Garcia that the reporter's record was late and directed her to either: (1) file a Notification of Late Record within five days or (2) file the reporter's record within ten days. The court reporter did not respond to our letter. Accordingly, we ORDER court reporter Geneva Garcia to file the reporter's record **by May 21, 2021**. If the court reporter does not comply with this order, we may initiate contempt proceedings.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2021

_____
MICHAEL A. CRUZ, Clerk of Court